UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:10-CR-648-1 |
| § | |
| MONTE LEE ARMSTRONG; aka § | |
| ARMSTRONG § | |

### ORDER

Monte Lee Armstrong filed a motion requesting appointment of counsel to file a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c) and Amendment 782 to the sentencing guidelines. D.E. 82. The Court construed his letter motion to include a request for sentence reduction pursuant to Amendment 782. The Court denied the motion for sentence reduction by separate Order dated April 14, 2015. D.E. 84.

Although a defendant in a § 3582(c) motion does not have a statutory or constitutional right to appointment of counsel, the Court may appoint counsel in the interest of justice. *See United States v. Robinson*, 542 F.3d 1045, 1051-52 (5th Cir. 2008) (appointing counsel on appeal in contested § 3582(c) proceeding). The Court denies Armstrong's motion to appoint counsel to pursue a motion for sentence reduction on the ground that the issue is not legally complex. *See United States v. Willard*, 481 Fed. App'x. 915 (5th Cir. June 26, 2012) (interests of justice did not entitle defendant to appointed counsel where the motion "did not involve complicated or unresolved issues.").

Armstrong's motion to appoint counsel for a motion to reduce sentence (D.E. 82) is DENIED.

SIGNED and ORDERED this 6th day of May, 2015.

_____
Janis Graham Jack
Senior United States District Judge